**Order entered November 26, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01072-CR

**THOMAS PAUL GILBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80015-2018**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine whether appellant was entitled to court appointed counsel. On November 20, 2018, we received the trial court's appointment. We **DIRECT** the Clerk to list Mitchell Nolte as appointed counsel for appellant. All future correspondence should be sent to Mitchell Nolte, 2780 Virginia Parkway, Suite 401, McKinney, TX 75071.

The clerk's record has been filed. The reporter's record, due November 9, 2018, is past due.

/s/      LANA MYERS
            JUSTICE